right to due process of law by denying him parole.

Judgment affirmed. Rule 84.16(b).

**Randall JOHNSON, Appellant,**

v.

**MISSOURI BOARD OF PROBATION AND PAROLE, Respondent.**

**No. WD 54600.**

Missouri Court of Appeals,
Western District.

April 14, 1998.

Randall Johnson, Jefferson City, pro se.

Jeremiah W. (Jay) Nixon, Atty. Gen., Stephen D. Hawke, Asst. Atty. Gen., Jefferson City, for respondent.

Before EDWIN H. SMITH, P.J., and ELLIS and SMART, JJ.

### ORDER

PER CURIAM.

Randall Johnson appeals the circuit court's judgment dismissing his petition for declaratory judgment for failure to state a claim upon which relief could be granted in which he sought a declaration that the Missouri Board of Probation and Parole violated his

**Berdena A. ZINK, Respondent,**

v.

**Willis N. ZINK, Appellant.**

**No. WD 54114.**

Missouri Court of Appeals,
Western District.

April 14, 1998.

Charles M. Fitzgerald, Warrensburg, for Appellant.

John H. Edmiston, Warrensburg, for Respondent.

Before BRECKENRIDGE, P.J., and LOWENSTEIN and SPINDEN, JJ.

### *ORDER*

PER CURIAM.

Ex husband filed a motion to modify maintenance, which was denied. Judgment affirmed. Rule 84.16(b).